UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA M. ALEMAN MARTINEZ<br><br>Plaintiff<br><br>vs.<br><br>PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, MR. EDUARDO BATHIA GAUTIER, HIS WIFE JANE DOE AND THEIR RESPECTIVE CONJUGAL, JORGE PACHON, HIS WIFE MARY JOE AND THEIR RESPECTIVE CONJUGAL AND ANA CARRION, HER HUSBAND JOHN DOE AND THEIR RESPECTIVE CONJUGAL PARTNERSHIP.<br><br>Defendants | CIVIL CASE NO. 07-cv-01205-JAF<br><br>DEMAND FOR JURY TRIAL |

## COMPLAINT

TO THE HONORABLE COURT

Comes now the above captioned plaintiff, Rosa Aleman-Martinez, by and through the undersigned counsel and most respectfully states, alleges and prays:

### I. NATURE OF THE ACTION

1. This is a civil rights action brought by Plaintiff for injunctive, relief, compensatory and punitive damages for the violation and deprivation of the constitutional rights of Plaintiff, who worked as employee of the Puerto Rico Federal Affairs Administration, herein referred as to the PRFAA, and was discriminated against in violation of the Constitutions

1

of the United States and the Commonwealth of Puerto Rico, and other commonwealth and United States applicable statutes.

2. Plaintiff seeks redress for the violation on the part of defendants to her constitutional and legal rights to due process and the equal protection of the law as protected by the Fifth, Seventh and Fourteenth Amendments of the Bill of Rights to United States Constitution and by Article II, Sections 1, 6 and 7 the Constitution of the Commonwealth of Puerto Rico.

3. On Febraury 16, 2007 the U.S. Equal Employment Opportunity Commission, Washington, Field Office, issued Plaintiff the **Notice of Right to Sue**.

## II.  JURISDICTION

4. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. Sections 1331, 1343(a)(1)(2)(3) and (4), 28 U.S.C. Section 1367, 42 U.S.C. Section 1983 the Fifth, Seventh and Fourteenth Amendments of the Constitution of the United States and Tittle VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 e-2.

5. Supplemental jurisdiction arises from Act. No. 100 of June 30, 1959, 29 P.R.L.A. Sec. 146, and Secs. 1, 4, 6, and 7 of Article II of the Constitution of the Commonwealth of Puerto Rico, Article 1802 of the Puerto Rico Civil Code (31 P.R.L.A. Sec. 5141), Act No. 17 of April 22, 1988, 29 P.R.L.A. § 155 et al as well as others substantive provisions of law.

## III.  PARTIES

6. Plaintiff Rosa Aleman-Martinez was an employee of the PRFAA, of legal age, citizen of the Unites States and resident of Maryland.

7. PRFAA is an entity and or instrumentality of the Commonwealth of Puerto Rico created

2

by virtue of Act No. 77 of June 19, 1979, as amended, for the purpose of representing the government before the United States. Its headquarters are located in Washington, D.C.

8. Defendant Eduardo Bathia-Gautier, is of legal age, married and the Executive Director of the PRFAA. At all relevant times Bathia-Gautier acted under color of state law. He is sued in his individual and official capacity. His wife Jane Doe, is joined as defendant because they have a conjugal partnership.

9. Defendant Jorge Pachon, is of legal age, married and the Chief Financial Officer of the PRFAA. At all relevant times Pachon acted under color of state law and as plaintiff's supervisor. He is sued in his individual and official capacity. His wife Mary Joe, is joined as defendant because they have a conjugal partnership.

10. Defendant Ana Carrion is of legal age, and Deputy Director of PRFAA. At all relevant times she acted under color of state law. She is sued in her individual and official capacity.

11. Defendants were at all relevant times acting under color of the law of the Commonwealth of Puerto Rico. All the defendants are sued in their individual and official capacity.

### IV. FACTS

12. The Plaintiff began to work for PRFAA in August 1986 in a clerical position at Washington, D.C. On same year she was promoted to the position of Administrative Secretary. On April 1st, 1992 she received another promotion as an Accounts Officer II. Then, on June 1st, 2000 she was appointed as Director of Finance.

13. On September 1st, 200 defendant Jorge Pachon, Chief Financial Officer, was appointed as plaintiff's supervisor.

3

14. Plaintiff's position as Director of Finance did not involve anything having to do with the formulation, implementation, practice or exercise of public policy.

15. Since on or about November 2005, and while under the direct supervision of Chief Financial Officer, Jorge Pachon, the plaintiff was subjected to unwelcome sexual advances. The conduct consisted of commentaries, remarks, innuendos, expressions, and unwelcome looks and advances toward her person with sexual connotations and overtones. As consequence thereof, a hostile sexual environment was created. Defendant Pachon consistently called the plaintiff to his office asking to place her chair closely to him, making commentaries such as "what beautiful nails you have", "what a lovely colored blouse you are wearing", and "you look very pretty today". Then, he cast his eyes at plaintiff's breasts gazing at them. In Febraury 2006, the plaintiff entered to Mr. Pachon's office to deliver some documents. Thinking he would not make any commentary as he was on the phone, the plaintiff entered and he placed the call on hold stating: "wait a moment someone who smells really rich just walked in". The commentaries and remarks plaintiff was subjected to were unwarranted, unwelcome and outside the scope of her employment.

16. Throughout the course of the following weeks, the plaintiff avoided entering Mr. Pachon's office and left her daily work at his "in box" when he was not present.

17. In response to plaintiff's rejection and dislike of the aforementioned behavior, her work and performance was subjected to needless monitoring, scrutinization and eventually some of her job duties were reassigned to co-workers. In retaliation, she was terminated.

18. On March 13, 2006, at a meeting with Mr. Christine McLean, Legal Director, and Ms. Ana Carrion, Deputy Director, the plaintiff was given a letter of termination.

19. Plaintiff's termination violated her substantive and procedural due process rights as secured and guaranteed to her by the Constitution of the United States, laws enacted pursuant thereto as well as the Commonwealth of Puerto Rico and the agency's regulations and several state laws. The plaintiff had a fundamentally protected right of being reinstated in either her clerical, secretarial position, or as an Accounts Officer II. The reinstatement was mandated by statute as well as by case law and the agency failed to do so. Moreover, her termination failed to follow a lay off plan. In addition, PRFAA failed to apprise her with the minimum thirty (30) days notice for termination of her employment and to afford her an informal hearing. All these actions are null and void. Therefore, the plaintiff is entitled to be reinstated to her position.

20. Defendants have violated the plaintiff's constitutional right to the equal protection of the laws in that the agency's by-laws and regulations as applied to her created an inherently suspect classification resulting in disparate treatment (the targeted suspects of the class). She was intentionally treated differently from others similarly situated and with malicious bad faith intent to injury her. As a woman, she was arbitrarily treated by officers of the Commonwealth of Puerto Rico and terminated.

21. At all times relevant to the causes of action recited in this complaint co-defendant, whilst acting in their official capacity and under color of law caused, created, maintained, failed to correct and/or eliminate the facts and circumstances giving rise to the harms needlessly and unlawfully visited upon plaintiff. More particularly when plaintiff complained the of the acts committed against her person to the entity's deputy financial director no corrective measure was implemented. Acting in concert, the instrumentality's officers Eduardo

Bathia Gautier, Jorge Pachon and Ana Carrion without any consideration to her rights terminated her from her position via letter of termination.

## V. LIABILITY

22. The facts alleged in the present Complaint constitute violations of plaintiff's protected rights under the laws and Constitutions of the United States and the Commonwealth of Puerto Rico. Thus, defendants' actions are actionable under the state and federal statutes afore mentioned.

23. Whether liability be predicated under the state or federal laws, or under the Constitutions of the United States or the Commonwealth of Puerto Rico, all the liability arises from a common nucleus of operative facts.

24. At all relevant times defendants acted under color of state or territorial law and there was a "state action involved".

25. Defendants are liable for the actions taken against the Plaintiff and the damages suffered by him.

## VI. DAMAGES

26. The Plaintiff suffered emotional and economic damages as consequence of defendants' actions. She also suffered from anxiety, depression, emotional distress, humiliation and others related conditions.

## VII. FIRST CAUSE OF ACTION
(42 U.S.C. Sec. 1983)

27. Plaintiff re-alleges and incorporates by reference each and every preceding allegation.

28. In light of defendants' discriminatory conduct Plaintiff is entitle to a cause of action for

6

deprivation of his rights, privileges and immunities secured by the Constitution and laws of the United States pursuant to 42 U.S.C. Sec. 1983.

29. The Plaintiff is entitle to injunctive and equitable reliefs, compensatory and punitive damages for the mental anguish and emotional distress and the psychological damages suffered. She is also entitle to receive back and front pay.

30. Plaintiff request the amount of $1,000,000.00 for emotional damages and an amount not less than $500,000.00 for economic damages.

31. Plaintiff also request punitive damages in the amount of $1,000.00.00.

32. Plaintiff is also entitle to receive reinstallment to his duties and permanent position within the PRFAA.

## VIII. SECOND CAUSE OF ACTION
(Constitution of the United States)

33. Plaintiff re-alleges and incorporates by reference each and every preceding allegation.

34. The facts alleged in this Complaint constitute violations of plaintiff's protected rights under the Fifth and Fourteenth Amendments of the Constitution of the United States.

35. As a result of defendant's actions, Plaintiff has suffered and is suffering great mental anguish, anxiety, humiliation, distress and others related conditions.

36. The damages suffered by plaintiff are estimated in an amount not less than $1,000,000.00.

## IX. THIRD CAUSE OF ACTION
(Act No. 100 of June 30, 1959 as amended, 29 P.R.L.A. Sec. 146 and other substantive provisions of law)

37. Plaintiff re-alleges and incorporates by reference each and every preceding allegation.

38. In light of defendants' action the Plaintiff is entitle to a cause of action pursuant to 29 P.R.L.A. Sec. 146 for having been discriminated because of his political beliefs.

7

39. Defendants' actions caused emotional damages to plaintiff in the amount of $1,000,000.00 and an amount not less than $500,000.00 for economic loss.

40. Plaintiff is entitled to receive reinstallment to his regular duties and position and an equal amount of the damages awarded as a penalty for his employer's discriminatory actions.

### X. FOURTH CAUSE OF ACTION
(Act No. 17 of April 22, 1988, 29 P.R.L.A. § 155 et al as well as others substantive provisions of law.)

41. Plaintiff re-alleges and incorporates by reference each and every preceding allegation.

42. In light of defendants' action the Plaintiff is entitle to a cause of action pursuant to 29 P.R.L.A. Sec. 155 for having been subjected to unwelcome sexual advances.

43. Defendants' actions caused emotional damages to plaintiff in the amount of $1,000,000.00 and an amount not less than $500,000.00 for economic loss.

44. Plaintiff is entitled to receive reinstallment to his regular duties and position and an equal amount of the damages awarded as a penalty for his employer's discriminatory actions.

### FIFTH CAUSE OF ACTION
(Tittle VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 e-2.)

45. Plaintiff re-alleges and incorporates by reference each and every preceding allegation.

46. In light of defendants' action Plaintiff is entitle to a cause of action pursuant to 42 U.S.C. § 2000 e-2 for having been subjected to unwelcome sexual advances and retaliation.

47. Defendants' actions caused emotional damages to plaintiff in the amount of $1,000,000.00 and an amount not less than $500,000.00 for economic loss.

48. Plaintiff is entitled to receive reinstallment to his regular duties and position and an equal amount of the damages awarded as a penalty for his employer's discriminatory actions.

## XII. REQUEST FOR ATTORNEY FEES, INTERESTS AND LITIGATION COSTS.

49. Plaintiff request attorney fees, interest and litigation associated cost.

## XIII. REQUEST FOR JURY TRIAL

50. Plaintiff invokes her constitutional rights to a jury trial pursuant to the Seventh Amendment of the Bill of Rights.

WHEREFORE, it's respectfully request from this Honorable Court to grant this complaint and enter judgment in favor of plaintiff and against defendants, plus interest and further taxing defendant with cost, expenses and attorney fees.

In San Juan, Puerto Rico, this March 13, 2007

s/ Arturo Luciano Delgado
USDC - PR 206306
Attorney for Plaintiff
Arturo Luciano Law Offices
1055 J.F. Kennedy Ave. PH Suite
San Juan, Puerto Rico  00920-1711
Tels. 782-0820
Fax. 783-9056
E-mail. LucianoLawOffice@aol.com

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ROSA M. ALEMAN-MARTINEZ

(b) County of Residence of First Listed Plaintiff: **Maryland**
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Arturo Luciano-Delgado
1055 J.F. Kennedy Ave, Ph-2A Suite, San Juan

## DEFENDANTS
PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION ET ALS

County of Residence of First Listed Defendant: **Washington DC**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / Habeas Corpus: |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. Sec. 2000 e-2

Brief description of cause:
Violation of Due Process of Law and sexual harassment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 5,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____    DOCKET NUMBER _____

DATE: March 12, 2007
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

CATEGORY SHEET

1. Tittle of Case (Name of first party on each side only)

   Rosa Aleman-Martinez v. Puerto Rico Federal Affairs Administration

Category in which case belongs: (See Local Rules)

   __X__    ORDINARY CIVIL CASE
   _____    SOCIAL SECURITY
   _____    BANK CASE
   _____    INJUNCTION

2. Title and number, if any, of related cases (See Local Rules)
   N/A

3. Has a prior action between the same parties and based on the same claim ever been filed in this Court?

   ( ) YES                              ( X ) NO

4. Is this case required to be heard an determine by a District Court of three judges pursuant to Rule 28 U.S.C. 2284?

   ( ) YES                              ( X ) NO

5. Does this case question the constitutionality of a state statute (FRCP 24)?

   ( ) YES                              ( X ) NO

(Please Print)
USDC ATTORNEY'S ID NO.   PR 206306
ATTORNEY'S NAME:         LUCIANO-DELGADO, ARTURO
MAILING ADDRESS:         1055 J.F.Kennedy Ave., PH Suite
                         San Juan, Puerto Rico
                         ZIP CODE : 00920-1711
                         TELEPHONE NO. (787) 782-0820
                         FAX. (787) 783-9056
                         EMAIL: LucianoLawOffice@aol.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

CURRENT ADDRESS NOTICE

---

PLEASE INCLUDE THIS NOTICE WITH THE FILING OF YOUR CIVIL COVER SHEET AND COMPLAINT. YOU HAVE AN ONGOING RESPONSIBILITY TO KEEP THE COURT INFORMED OF YOUR CURRENT ADDRESS.

NOTICES MAY NOT BE RECEIVED IF YOU DO NOT COMPLY WITH THIS REQUEST

| NAME OF ATTORNEY: | LUCIANO-DELGADO, ARTURO |
|---|---|

(Last Name, First Name, Initial)

OFFICE ADDRESS:  I.L.A. Office Building, PH Suite
Kennedy Ave. (Marginal)
San Juan, Puerto Rico 00920

TELEPHONE NO.   (787) 782-0820          FAX NO.   (787) 783-9056

EMAIL: LucianoLawOffice@aol.com

MAILING ADDRESS:

1055 J.F. Kennedy Ave., PH Suite
San Juan, Puerto Rico 00920-1711

USDC NO.   PR 206306

AO 440 (Rev.  10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA M. ALEMAN MARTINEZ<br><br>Plaintiff<br><br>vs.<br><br>PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, MR. EDUARDO BATHIA GAUTIER, HIS WIFE JANE DOE AND THEIR RESPECTIVE CONJUGAL, JORGE PACHON, HIS WIFE MARY JOE AND THEIR RESPECTIVE CONJUGAL AND ANA CARRION, HER HUSBAND JOHN DOE AND THEIR RESPECTIVE CONJUGAL PARTNERSHIP.<br><br>Defendants | SUMMONS IN A CIVIL CASE<br><br>CIVIL NO. |

TO: (Name and Address of Defendant)

   PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION
   1100 Seventeenth Street, N.W., Suite 800, Washington, D.C. 20036

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon:    Plaintiff's Attorney (name and address)

**ARTURO LUCIANO DELGADO**
**1055 J.F. Kennedy Ave. PH.2A,  San Juan, Puerto Rico 00920,**
**Tel. 782-0820 & Fax.  783-9056**
**E mail: LucianoLawOffice@aol.com**

an answer to the complaint which is herewith serve upon, within twenty (20) days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.


_____                    _____
CLERK                                                                                  DATE


_____
BY DEPUTY CLERK

AO 440 (Rev.  10/93) Summons in a Civil Action

# United States District Court

_____   DISTRICT OF PUERTO RICO   _____

| | |
|---|---|
| ROSA M. ALEMAN MARTINEZ  Plaintiff  vs.  PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, MR. EDUARDO BATHIA GAUTIER, HIS WIFE JANE DOE AND THEIR RESPECTIVE CONJUGAL, JORGE PACHON, HIS WIFE MARY JOE AND THEIR RESPECTIVE CONJUGAL AND ANA CARRION, HER HUSBAND JOHN DOE AND THEIR RESPECTIVE CONJUGAL PARTNERSHIP.  Defendants | SUMMONS IN A CIVIL CASE  CIVIL NO. |

TO: (Name and Address of Defendant)

    MR. EDUARDO BATHIA GAUTIER, HIS WIFE JANE DOE AND THEIR RESPECTIVE CONJUGAL
    1100 Seventeenth Street, N.W., Suite 800, Washington, D.C. 20036

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon:    Plaintiff's Attorney (name and address)

**ARTURO LUCIANO DELGADO**
**1055 J.F. Kennedy Ave. PH.2A,  San Juan, Puerto Rico 00920,**
**Tel. 782-0820 & Fax.  783-9056**
E mail: **LucianoLawOffice@aol.com**

an answer to the complaint which is herewith serve upon, within twenty (20) days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____           _____
CLERK                                                                    DATE

_____
BY DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____   DISTRICT OF PUERTO RICO   _____

| | |
|---|---|
| ROSA M. ALEMAN MARTINEZ<br><br>Plaintiff<br><br>vs.<br><br>PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, MR. EDUARDO BATHIA GAUTIER, HIS WIFE JANE DOE AND THEIR RESPECTIVE CONJUGAL, JORGE PACHON, HIS WIFE MARY JOE AND THEIR RESPECTIVE CONJUGAL AND ANA CARRION, HER HUSBAND JOHN DOE AND THEIR RESPECTIVE CONJUGAL PARTNERSHIP.<br><br>Defendants | SUMMONS IN A CIVIL CASE<br><br>CIVIL NO. |

TO: (Name and Address of Defendant)

JORGE PACHON, HIS WIFE MARY JOE AND THEIR RESPECTIVE CONJUGAL
1100 Seventeenth Street, N.W., Suite 800, Washington, D.C. 20036

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon:    Plaintiff's Attorney (name and address)

**ARTURO LUCIANO DELGADO**
**1055 J.F. Kennedy Ave. PH.2A,  San Juan, Puerto Rico 00920,**
**Tel. 782-0820 & Fax.  783-9056**
**E mail: LucianoLawOffice@aol.com**

an answer to the complaint which is herewith serve upon, within twenty (20) days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.


_____       _____
CLERK                                                                    DATE


_____
BY DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA M. ALEMAN MARTINEZ<br><br>Plaintiff<br><br>vs.<br><br>PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, MR. EDUARDO BATHIA GAUTIER, HIS WIFE JANE DOE AND THEIR RESPECTIVE CONJUGAL, JORGE PACHON, HIS WIFE MARY JOE AND THEIR RESPECTIVE CONJUGAL AND ANA CARRION, HER HUSBAND JOHN DOE AND THEIR RESPECTIVE CONJUGAL PARTNERSHIP.<br><br>Defendants | SUMMONS IN A CIVIL CASE<br><br>CIVIL NO. |

TO: (Name and Address of Defendant)

ANA CARRION, HER HUSBAND JOHN DOE AND THEIR RESPECTIVE CONJUGAL PARTNERSHIP.
1100 Seventeenth Street, N.W., Suite 800, Washington, D.C. 20036

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon:   Plaintiff's Attorney (name and address)

**ARTURO LUCIANO DELGADO**
**1055 J.F. Kennedy Ave. PH.2A, San Juan, Puerto Rico 00920,**
**Tel. 782-0820 & Fax. 783-9056**
**E mail: LucianoLawOffice@aol.com**

an answer to the complaint which is herewith serve upon, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____     _____
CLERK                                                              DATE

_____
BY DEPUTY CLERK