AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF PUERTO RICO

ROSA M. ALEMAN MARTINEZ

Plaintiff

vs.

PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, MR. EDUARDO BATHIA GAUTIER, HIS WIFE JANE DOE AND THEIR RESPECTIVE CONJUGAL, JORGE PACHON, HIS WIFE MARY JOE AND THEIR RESPECTIVE CONJUGAL AND ANA CARRION, HER HUSBAND JOHN DOE AND THEIR RESPECTIVE CONJUGAL PARTNERSHIP.

Defendants

SUMMONS IN A CIVIL CASE

CIVIL NO. 07-1205 JAF

TO: (Name and Address of Defendant)

PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION
1100 Seventeenth Street, N.W., Suite 800, Washington, D.C. 20036

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon: Plaintiff's Attorney (name and address)

ARTURO LUCIANO DELGADO
1055 J.F. Kennedy Ave. PH.2A, San Juan, Puerto Rico 00920,
Tel. 782-0820 & Fax. 783-9056
E mail: LucianoLawOffice@aol.com

an answer to the complaint which is herewith serve upon, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN
CLERK OF COURT

CLERK

DATE  MAY 1 0 2007

BY DEPUTY CLERK

⊕AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  5/22 07 @ 3:15 p.m. |
| NAME OF SERVER (PRINT)  Alex Hernandez | TITLE  Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served Puerto Rico Federal Affairs Admn. c/o Christine McLean, General Counsel. Served at 1100 17th Street, N.W., Suite 800, Washington, DC 20036

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    5/22/07
                    Date

Signature of Server

P.O. Box 18647, Washington, DC  20036
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.