IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA M. ALEMÁN MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, ET AL.,<br><br>Defendants. | CIVIL NO. 07-1205 (JAF) |

**MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

**TO THE HONORABLE COURT:**

  **COME NOW** Eduardo Bathia Gautier in his individual and official capacity as Executive Director of the Puerto Rico Federal Affairs Administration and the conjugal partnership formed by him and his wife, without submitting to this Court's jurisdiction and for purposes of this motion only, through the undersigned attorney, and respectfully aver and pray as follows:

  1. Codefendant Eduardo Bathia, as Executive Director of the Puerto Rico Federal Affairs Administration, was served with process on May 22, 2007.

  2. Accordingly, his Answer to the Complaint was due on June 11, 2007.

  3. The Department of Justice granted legal representation to the appearing codefendant pursuant to Act No. 104 of June 29, 1955, as amended by Act No. 9 of November 26, 1975 and Act No. 12 of July 21, 1977.

  4. The Department of Justice is currently undertaking an investigation of the facts alleged in the Complaint. The appearing codefendant, thus, respectfully requests

that this Honorable Court grant an extension of time of sixty (60) days, that is, until August 13th, 2007, to answer or otherwise plead in the present case.

**WHEREFORE**, the appearing defendant respectfully requests an extension of time of sixty (60) days, that is, until August 13, 2007, to answer or otherwise plead.

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system, which will send a notification of such filing to the following: Arturo Luciano Delgado, Esq., 1055 J.F. Kennedy Ave., PH. 2A, San Juan, Puerto Rico, 00920.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 19th day of June, 2007.

**ROBERTO SÁNCHEZ RAMOS**
Secretary of Justice

**VIVIAN GONZÁLEZ MÉNDEZ**
Deputy Secretary of Justice
In Charge of Litigation

**VANESA VICÉNS SÁNCHEZ**
U.S.D.C. No. 217807
Director of Legal Affairs
General Litigation Office
Unit 1
vvicens@justicia.gobierno.pr

**S/ Iris Alicia Martínez Juarbe**
**IRIS ALICIA MARTÍNEZ JUARBE**
U.S.D.C. No. 216505
General Litigation Office
Unit 1
Department of Justice
P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2243
Fax (787) 725-2475
imartinez@justicia.gobierno.pr