IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA M. ALEMÁN MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, ET AL.,<br><br>Defendants. | CIVIL NO. 07-1205 (JAF) |

**MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF
DEFENDANTS' MOTION TO TRANSFER VENUE**

TO THE HONORABLE COURT:

**COME NOW** the Puerto Rico Federal Affairs Administration ("PRFAA"), Eduardo Bhatia Gautier in his personal and official capacity as Executive Director of PRFAA and the conjugal partnership formed by him and his wife, without submitting to this Court's jurisdiction and for purposes of this motion only, through the undersigned attorney, and respectfully aver and pray as follows:

1. On June 19, 2007, appearing defendants filed a motion requesting an extension of time to answer or otherwise plead. (Docket No. 6).

2. On June 25, 2007, this Honorable Court granted defendants until July 18, 2007 to answer the Complaint. (Docket No. 7).

3. On this date, the appearing defendants filed a motion to transfer venue. (Docket No. 8).

4. Thus, the defendants, to avoid extra costs of litigation particularly during the fiscal crisis currently facing the government of the Commonwealth of Puerto Rico,

**MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF DEFENDANTS' MOTION TO TRANSFER VENUE** 2
ROSA M. ALEMÁN MARTÍNEZ v. PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, ET AL.
CIVIL NO. 07-1205 (JAF)
_____

request formally the stay of the proceedings pending resolution of Defendants' Motion to Transfer Venue. (Docket No. 8).

5.   This Honorable Court should analyze Defendants' Motion to Transfer Venue. (Docket No. 8). Appearing defendants are convinced that the instant action should be transferred to the District of Washington, D.C.

6.   Thus, this Court, within its discretionary power to limit discovery proceedings, should allow all the parties a stay of proceedings in order to avoid unnecessary expenses to the parties and to avoid involving themselves unnecessarily in sterile proceedings. See The Chase Manhattan Bank, N.A. v. Villa Marina Yacht Harbor, Inc., 984 F.2d 546, 547-48 (1st Cir. 1993) (discussing district courts' inherent power to manage the litigation before it); Marquis v. F.D.I.C., 965 F.2d 1148, 1154-55 (1st Cir. 1992) (recognizing that federal courts possess ample discretion to stay pending litigation). More importantly, this Court should take into consideration the economic burden this litigation has placed on the Commonwealth of Puerto Rico during a period of critical fiscal crisis.

**WHEREFORE**, appearing Defendants respectfully request this Honorable Court to **STAY** all proceedings pending the resolution of Defendants' Motion to Transfer Venue. (Docket No. 8).

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system, which will send a notification of such filing to the following: Arturo Luciano Delgado, Esq., 1055 J.F. Kennedy Ave., PH. 2A, San Juan, Puerto Rico, 00920.

**RESPECTFULLY SUBMITTED.**

**MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF DEFENDANTS' MOTION TO TRANSFER VENUE** 3
ROSA M. ALEMÁN MARTÍNEZ v. PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, ET AL.
CIVIL NO. 07-1205 (JAF)

---

In San Juan, Puerto Rico, this 6th day of July, 2007.

**ROBERTO SÁNCHEZ RAMOS**
Secretary of Justice

**VIVIAN GONZÁLEZ MÉNDEZ**
Deputy Secretary of Justice
In Charge of Litigation

**VANESA VICÉNS SÁNCHEZ**
U.S.D.C. No. 217807
Director of Legal Affairs
General Litigation Office
Unit 1
vvicens@justicia.gobierno.pr

**S/ Iris Alicia Martínez Juarbe**
**IRIS ALICIA MARTÍNEZ JUARBE**
U.S.D.C. No. 216505
General Litigation Office
Unit 1
Department of Justice
P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2243
Fax (787) 725-2475
imartinez@justicia.gobierno.pr