UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA M. ALEMAN MARTINEZPlaintiffvs.PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, MR. EDUARDO BATHIA GAUTIER, HIS WIFE JANE DOE AND THEIR RESPECTIVE CONJUGAL, JORGE PACHON, HIS WIFE MARY JOE AND THEIR RESPECTIVE CONJUGAL AND ANA CARRION, HER HUSBAND JOHN DOE AND THEIR RESPECTIVE CONJUGAL PARTNERSHIP.Defendants | CIVIL CASE NO. 07-1205 (JAF)DEMAND FOR JURY TRIAL |

MOTION REQUESTING EXTENSION OF TIME

TO THE HONORABLE COURT :

Comes now the above captioned plaintiff, Rosa M. Aleman Martinez, by and through the undersigned counsel and most respectfully states, alleges and prays:

1. On July 6, 2007, defendants Puerto Rico Federal Affairs Administration ("PRFAA"), Eduardo Bhatia Gautier in his personal and official capacity as Executive Director of PRFAA and the conjugal partnership formed by him and his wife, without submitting to this Court's jurisdiction filed a "Defendants' Motion to

1

Transfer Venue".

2.  Defendants raised multiple issues of law and facts that need to be properly studied, reviewed, and analyzed by the undersigner. Therefore, defendant hereby request a term of 30 days to file its opposition to Defendant's Motion to Transfer Venue, up until August 15, 2007.

WHEREFORE, it is respectfully request from this Honorable Court grant this motion.

In San Juan, Puerto Rico, this July 16, 2007.

I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing has been filed electronically with the Clerk of the Court via CM/ECF system which will send notification of such filing to the following attorneys: Iris Alicia Martinez-Juarbe imartinez@justicia.gobierno.pr, vvicens@justicia.gobierno.pr; irismartinezjuarbe@hotmail.com

       s/ Arturo Luciano Delgado
       USDC - PR 206306
       Attorney for Plaintiff
       Arturo Luciano Law Offices
       1055 J.F. Kennedy Ave. PH Suite
       San Juan, Puerto Rico  00920-1711
       Tels. 782-08206 & Fax. 783-9056
       E-mail. LucianoLawOffice@aol.com