UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA M. ALEMAN MARTINEZ<br><br>  Plaintiff<br><br>vs.<br><br>PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, ET ALS<br><br>  Defendants | CIVIL CASE NO.  07-1205 (JAF)<br><br>DEMAND FOR JURY TRIAL |

MOTION REQUESTING SHORT EXTENSION OF TIME

TO THE HONORABLE COURT :

　　Comes now the above captioned plaintiff, Rosa M. Aleman Martinez, by and through the undersigned counsel and most respectfully states, alleges and prays:

1.　　The Court granted Plaintiff until August 15, 2007 to file its opposition to "Defendants' Motion to Transfer Venue" filed by the Puerto Rico Federal Affairs Administration ("PRFAA"), Eduardo Bhatia Gautier in his personal and official capacity as Executive Director of PRFAA and the conjugal partnership formed by him and his wife.

2.　　The undersign counsel needs a short extension of time of two (2) days , up until August 17, 2007, to conclude the final proof reading of the plaintiff's motion in opposition.  Previous court's appointments and last minutes matters have prevented the undersigner to file by August 15 the aforementioned motion in opposition.

3.　　The present request will not unduly delay the proceedings in the instant

case and will allow this party to properly address all issues of law raised by defendant.

WHEREFORE, it is respectfully request from this Honorable Court grant this motion.

In San Juan, Puerto Rico, this August 15, 2007.

I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing has been filed electronically with the Clerk of the Court via CM/ECF system which will send notification of such filing to the following attorneys: Iris Alicia Martinez-Juarbe imartinez@justicia.gobierno.pr, vvicens@justicia.gobierno.pr; irismartinezjuarbe@hotmail.com

> s/ Arturo Luciano Delgado
> USDC - PR 206306
> Attorney for Plaintiff
> Arturo Luciano Law Offices
> 1055 J.F. Kennedy Ave. PH Suite
> San Juan, Puerto Rico 00920-1711
> Tels. 782-08206 & Fax. 783-9056
> E-mail. LucianoLawOffice@aol.com