UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA M. ALEMAN MARTINEZ<br><br>  Plaintiff<br><br>vs.<br><br>PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, et al<br><br>  Defendants | CIVIL CASE NO.  07-1205 (JAF)<br><br>DEMAND FOR JURY TRIAL |

**MOTION REQUESTING EXTENSION OF TIME TO SERVE CODEFENDANTS**

TO THE HONORABLE COURT :

Comes now the above captioned plaintiff, Rosa M. Aleman Martinez, by and through the undersigned counsel and most respectfully states and prays:

1. The instant action was filed on March 13, 2007.  The summons were issued accordingly against each named codefendant on same date.

2. Some codefendants, at the time of the filing on this case, were residing in the Washington, D.C. area.  Nonetheless, after the filing of the instant action, codefendant Ana Carrión moved her place of residence to Puerto Rico.

3. In the other hand, several attempts made to serve codefendant Jorge Pachón were unsuccessful.  Finally, PRFAA informed that the he was in sick leave.[1]  Afterwards, the plaintiff obtained said codefendant's address

---

[1]  Plaintiff retained Torri's Legal Services, a Washington, D.C. based company, to serve the complaint upon defendants.

and intent to serve upon him, whether in his place of work or his place of residence.

4. The time limit for service provided in Rule 4(m) of Fed. R. Civ. P. has elapsed. However, the rule grants discretion to the district court to extend the time for service for an appropriate period by the showing of good cause for the failure. Moreover, the rule authorized the court to relieve a plaintiff of the consequences of an application of subdivision (m) even if there is no good cause shown. Relief may be justified if the defendant is evading service. Ditkof v. Owens-Illinois, Inc., 114 F.R.D 104 (E.D. Mich. 1987).

5. Therefore, plaintiff hereby request an extension of time of 30 days to serve codefendants Jorge Pachón and Ana Carrión with the summon and copy of the complaint since the granting of the order thereof.

WHEREFORE, it is respectfully prayed of the Honorable Court grant this motion.

In San Juan, Puerto Rico, this August 23, 2007.

I HEREBY CERTIFY that on even date, a true, correct and legible copy of the foregoing has been filed electronically with the Clerk of the Court via CM/ECF system which will send notification of such filing to the following attorneys: Iris Alicia Martinez-Juarbe imartinez@justicia.gobierno.pr, vvicens@justicia.gobierno.pr; irismartinezjuarbe@hotmail.com

        s/ Arturo Luciano Delgado
        USDC - PR 206306
        Attorney for Plaintiff
        Arturo Luciano Law Offices
        1055 J.F. Kennedy Ave. PH Suite
        San Juan, Puerto Rico  00920-1711
        Tels. 782-08206 & Fax. 783-9056
        E-mail. LucianoLawOffice@aol.com