IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA M. ALEMÁN MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, ET AL.,<br><br>Defendants. | CIVIL NO. 07-1205 (JAF) |

**MOTION REITERATING MOTION TO DISMISS (DOCKET NO. 17)**

**TO THE HONORABLE JOSÉ A. FUSTÉ**
**UNITED STATES DISTRICT CHIEF JUDGE:**

    **COME NOW** Codefendants JANE DOE, JORGE PACHÓN, MARY JOE, CONJUGAL PARTNERSHIP PACHÓN-JOE, ANA CARRIÓN, JOHN DOE and CONJUGAL PARTNERSHIP DOE-CARRIÓN, in their official and personal capacities, <u>without submitting to the Court's jurisdiction</u>, through the undersigned attorney for the sole purposes of this motion as a special appearance, and very respectfully aver and pray as follows:

**MOTION TO DISMISS/LACK OF JURISDICTION** 2
ROSA M. ALEMÁN MARTÍNEZ V. PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, ET AL.
CIVIL NO. 07-1205(JAF)
_____

1. On September 18, 2007, appearing codefendants filed a Motion to Dismiss for Lack of Jurisdiction, Docket No. 17, requesting dismissal of the complaint as to them because service of the summons and complaint was not made upon said codefendants within 120 days after the filing of the Complaint in the instant case as provided in Federal Rule of Civil Procedure 4(m).

2. On September 24, 2007, this Honorable Court issued an Order, Docket No. 18, granting plaintiff an extension of time to serve process until September 28, 2007.

3. According to the Docket of the instant case, Plaintiff did not serve summonses within the extension of time granted by this Honorable Court on behalf of JANE DOE, JORGE PACHÓN, MARY JOE, CONJUGAL PARTNERSHIP PACHÓN-JOE, ANA CARRIÓN, JOHN DOE and CONJUGAL PARTNERSHIP DOE-CARRIÓN, **and neither as to this date**.

**WHEREFORE**, Codefendants JANE DOE, JORGE PACHÓN, MARY JOE, CONJUGAL PARTNERSHIP PACHÓN-JOE, ANA CARRIÓN, JOHN DOE and CONJUGAL PARTNERSHIP DOE-CARRIÓN respectfully request that this Honorable Court grant the present motion and dismiss the instant action against them, with prejudice.

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system, which will send a notification of such filing to the following: Arturo Luciano Delgado, Esq., 1055 J.F. Kennedy Ave., PH. 2A, San Juan, Puerto Rico, 00920.

**RESPECTFULLY SUBMITTED.**

Case 1:08-cv-00404-RBW   Document 19   Filed 10/02/2007   Page 3 of 3

**MOTION TO DISMISS/LACK OF JURISDICTION** 3
ROSA M. ALEMÁN MARTÍNEZ V. PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, ET AL.
CIVIL NO. 07-1205(JAF)
_____

In San Juan, Puerto Rico, this 2nd day of October, 2007.

**ROBERTO SÁNCHEZ RAMOS**
Secretary of Justice

**VIVIAN GONZÁLEZ MÉNDEZ**
Deputy Secretary of Justice
In Charge of Litigation

**VANESA VICÉNS SÁNCHEZ**
U.S.D.C. No. 217807
Director of Legal Affairs
General Litigation Office
Unit 1
vvicens@justicia.gobierno.pr

**S/ Iris Alicia Martínez Juarbe**
**IRIS ALICIA MARTÍNEZ JUARBE**
U.S.D.C. No. 216505
General Litigation Office
Unit 1
Department of Justice
P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2243
Fax (787) 725-2475
imartinez@justicia.gobierno.pr