IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA M. ALEMAN MARTINEZ<br><br>  Plaintiff<br><br>vs.<br><br>PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, et al<br><br>    Defendants | CIVIL NO. 07-1205<br>             (JAF) |

MOTION FOR ENLARGEMENT OF TIME TO RE-EFFECTUATE SERVICE OF PROCESS

TO THE HONORABLE COURT:

Appearing Plaintiff through the undersigned counsel respectfully moves this Court for the entry of an Order granting an enlargement of time to re-effectuate service of process (summons and complaint) upon defendants within a term of not less than fifteen (15) days from the issuance of service papers from the clerks office.  In support thereof, plaintiff avers:

1.  Service of process has been executed upon the person of the Puerto Rico Federal Affairs Administration (P.R.F.A.A.) Director, Mr. Eduardo Bhatia and the Administration's General Counsel.

2.    Service upon Mr. Jorge Pachón was attempted but has met difficulty owing to the inability of the process server locating and physically serving Mr. Pachón.  This co-defendant has recently re-assumed his duties since he was assent and on leave from "P.R.F.A.A."  An affidavit of negative return service is, at present, being forwarded to counsel and will be tendered to the Court upon receipt.

3.    Service upon the person of Ms. Ana Carrión must be re-engaged anew with local process servers as she left her previous employ and is currently working for the Government at "La Fortaleza".

4.    Counsel seeks this brief enlargement of time of fifteen days to complete this preliminary phase and move forward with the discovery process.

5.    New service papers are submitted for issuance of process since counsel is awaiting return of the previous documents.

WHEREFORE, it is respectfully prayed of this Court that after examination of the facts and arguments set forth herein it grant the enlargement of time of fifteen (15) days to

effectuate service upon codefendants Jorge Pachón and Ana

Carrión.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this October 2, 2007.

I HEREBY CERTIFY that on this same date a true and exact
copy of the foregoing has been filed electronically with the
Clerk of the Court via CM/ECF system which will send
notification of such filing to the following attorneys: Iris
Alicia Martinez-Juarbe imartinez@justicia.gobierno.pr,
vvicens@justicia.gobierno.pr; irismartinezjuarbe@hotmail.com


s/ Arturo Luciano Delgado
USDC - PR 206306
Attorney for Plaintiff
Arturo Luciano Law Offices
1055 J.F. Kennedy Ave. PH Suite
San Juan, Puerto Rico  00920-1711
Tels. 782-08206 & Fax. 783-9056
E-mail. LucianoLawOffice@aol.com