IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA M. ALEMAN MARTINEZ<br><br>   Plaintiff<br><br>vs.<br><br>PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, et al<br><br>   Defendants | CIVIL NO. 07-1205<br>                (JAF) |

MOTION IN OPPOSITION OF DISMISSAL

TO THE HONORABLE COURT:

   Appearing Plaintiff through the undersigned counsel respectfully moves this Court for the entry of an Order denying co-defendants motion to dismiss/lack of jurisdiction on the grounds that the reasons advanced to the Court are contrary to the criteria specifically articulated in the Rule relied upon.  In support thereof Plaintiff avers:

1. Rule 4 (m) of the Federal rules of Civil Procedure recites the time limits for executing service of process upon a given defendant.  In particular, where service is not made upon defendant(s) within the allotment of 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall "***dismiss the action without prejudice***" as to the defendant or direct that service be effected within a specified time.  More over, if

the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

2. Clearly, the position espoused by defendants counsel as well as the invitation extended to Court runs afoul of the provisions of the rule and, frankly, is misleading.

3. As of the filing of this opposition and cross move for dismissal of defendants motion, plaintiff's counsel has apprised the Court of the attempted service upon the codefendants, difficulties in the execution of service have arisen owing to the fact that one codefendant could not located and served as he (Jorge Pachón) was on sick leave and has recently re-assumed his position with P.R.F.A.A.  A second codefendant, Ms. Ana Carrión, left the area as well as her position.  Currently, this codefendant is employed at the Governor's Office, "La Fortaleza".  Upon learning these facts counsel informed the Court and has re-applied for issuance of new service papers.

4. It is clear from either of the arguments set forth above, or both, that dismissal is without prejudice.  Were the Court to amplify, extend or increase the available time frame within which to serve any given defendant it is invested with all inherent power and authority to so do upon a showing of good cause.

WHEREFORE, it is respectfully prayed of this Court it deny defendants motion. .

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this October 3, 2007.

I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing has been filed electronically with the Clerk of the Court via CM/ECF system which will send notification of such filing to the following attorneys:  Iris Alicia Martinez-Juarbeimartinez@justicia.gobierno.pr, vvicens@justicia.gobierno.pr; irismartinezjuarbe@hotmail.com

s/ Arturo Luciano Delgado
USDC - PR 206306
Attorney for Plaintiff
Arturo Luciano Law Offices
1055 J.F. Kennedy Ave. PH Suite
San Juan, Puerto Rico  00920-1711
Tels. 782-08206 & Fax. 783-9056
E-mail. LucianoLawOffice@aol.com