UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA M. ALEMAN MARTINEZ<br><br>  Plaintiff<br><br>vs.<br><br>PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, et al<br><br>  Defendants | CIVIL CASE NO.  07-1205 (JAF)<br><br><br>DEMAND FOR JURY TRIAL |

**AMENDED MOTION FOR ENLARGEMENT OF TIME TO RE-EFFECTUATE SERVICE OF PROCESS**

TO THE HONORABLE COURT :

Comes now the above captioned plaintiff, Rosa M. Aleman Martinez, by and through the undersigned counsel and most respectfully states and prays:

1. Reference is made to counsel's motion for enlargement of time dated Tuesday, October 2nd, 2007.  Same is incorporated by reference.

2. Attached are the new service papers alluded to by counsel in its October 2nd motion.

3. For the inconveniences caused apologies are offered to the court for the involuntary error.  Again, our apologies.

WHEREFORE, it is respectfully prayed of the Honorable Court it order the issuance of the service papers submitted herein together with

1

any remedy appropriate in law.

    Respectfully submitted.

    In San Juan, Puerto Rico, this October 3, 2007.

    I HEREBY CERTIFY that on even date, a true, correct and legible copy of the foregoing has been filed electronically with the Clerk of the Court via CM/ECF system which will send notification of such filing to the following attorneys: Iris Alicia Martinez-Juarbe imartinez@justicia.gobierno.pr, vvicens@justicia.gobierno.pr; irismartinezjuarbe@hotmail.com

    s/ Arturo Luciano Delgado
    USDC - PR 206306
    Attorney for Plaintiff
    Arturo Luciano Law Offices
    1055 J.F. Kennedy Ave. PH Suite
    San Juan, Puerto Rico 00920-1711
    Tels. 782-08206 & Fax. 783-9056
    E-mail. LucianoLawOffice@aol.com

AO 440 (Rev.  10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA M. ALEMAN MARTINEZ<br><br>Plaintiff<br><br>vs.<br><br>PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, MR. EDUARDO BATHIA GAUTIER, HIS WIFE JANE DOE AND THEIR RESPECTIVE CONJUGAL, JORGE PACHON, HIS WIFE MARY JOE AND THEIR RESPECTIVE CONJUGAL AND ANA CARRION, HER HUSBAND JOHN DOE AND THEIR RESPECTIVE CONJUGAL PARTNERSHIP.<br><br>Defendants | SUMMONS IN A CIVIL CASE<br><br>CIVIL NO. |

TO: (Name and Address of Defendant)

      ANA CARRION, HER HUSBAND JOHN DOE AND THEIR RESPECTIVE CONJUGAL PARTNERSHIP.
      La Fortaleza, San Juan, Puerto Rico

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon:   Plaintiff's Attorney (name and address)

**ARTURO LUCIANO DELGADO**
**1055 J.F. Kennedy Ave. PH.2A,  San Juan, Puerto Rico 00920,**
**Tel. 782-0820 & Fax.  783-9056**
E mail: **LucianoLawOffice@aol.com**

an answer to the complaint which is herewith serve upon, within twenty (20) days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____                 _____
CLERK                                                                              DATE


_____
BY DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA M. ALEMAN MARTINEZ<br><br>Plaintiff<br><br>vs.<br><br>PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, MR. EDUARDO BATHIA GAUTIER, HIS WIFE JANE DOE AND THEIR RESPECTIVE CONJUGAL, JORGE PACHON, HIS WIFE MARY JOE AND THEIR RESPECTIVE CONJUGAL AND ANA CARRION, HER HUSBAND JOHN DOE AND THEIR RESPECTIVE CONJUGAL PARTNERSHIP.<br><br>Defendants | SUMMONS IN A CIVIL CASE<br><br>CIVIL NO. |

TO: (Name and Address of Defendant)

JORGE PACHON, HIS WIFE MARY JOE AND THEIR RESPECTIVE CONJUGAL
8383 Millwood Drive, Springfield, VA   22152

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon:    Plaintiff's Attorney (name and address)

**ARTURO LUCIANO DELGADO**
**1055 J.F. Kennedy Ave. PH.2A,  San Juan, Puerto Rico 00920,**
**Tel. 782-0820 & Fax.  783-9056**
**E mail: LucianoLawOffice@aol.com**

an answer to the complaint which is herewith serve upon, within twenty (20) days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.


_____           _____
CLERK                                                                      DATE


_____
BY DEPUTY CLERK