AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA M. ALEMAN MARTINEZ<br><br>Plaintiff<br><br>vs.<br><br>PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, MR. EDUARDO BATHIA GAUTIER, HIS WIFE JANE DOE AND THEIR RESPECTIVE CONJUGAL, JORGE PACHON, HIS WIFE MARY JOE AND THEIR RESPECTIVE CONJUGAL AND ANA CARRION, HER HUSBAND JOHN DOE AND THEIR RESPECTIVE CONJUGAL PARTNERSHIP.<br><br>Defendants | SUMMONS IN A CIVIL CASE<br><br>CIVIL NO. 07-1205 JAF |

TO: (Name and Address of Defendant)

JORGE PACHON, HIS WIFE MARY JOE AND THEIR RESPECTIVE CONJUGAL
8383 Millwood Drive, Springfield, VA  22152

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon:   Plaintiff's Attorney (name and address)

ARTURO LUCIANO DELGADO
1055 J.F. Kennedy Ave. PH.2A,  San Juan, Puerto Rico 00920,
Tel. 782-0820 & Fax. 783-9056
E mail: LucianoLawOffice@aol.com

an answer to the complaint which is herewith serve upon, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN
CLERK OF COURT

CLERK

JOSE A. LEBRON-ALBINO
DEPUTY CLERK

BY DEPUTY CLERK

OCT 31 2007

DATE