IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA M. ALEMAN MARTINEZ<br><br>Plaintiff<br><br>vs.<br><br>PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, et al<br><br>Defendants | CIVIL NO. 07-1205   (JAF) |

MOTION FOR ISSUANCE SUMMONS

TO THE HONORABLE COURT:

     Comes now the above captioned plaintiff, Rosa Aleman-Martinez, by and through the undersigned counsel and most respectfully states, alleges and prays:

1. The Court entered an order authorizing the issuance of summons and complaint to be personally served upon defendants Jorge Pachon, his wife Mary Joe and their respective conjugal society/partnership and Ana Carrion, her husband John Doe and their respective conjugal society/partnership.

2. Attached are the proper summons to be issued by the court exhibiting the revised forms of process.

     WHEREFORE, it's respectfully requested of this Honorable Court it grant this motion.

     RESPECTFULLY SUBMITTED

     In San Juan, Puerto Rico, this November 15, 2007.

     I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing has been filed electronically with the Clerk of the Court via CM/ECF system which will send notification of such filing to the following attorneys: Iris Alicia Martinez-Juarbe

imartinez@justicia.gobierno.pr,vvicens@justicia.gobierno.pr; irismartinezjuarbe@hotmail.com

                         s/ Arturo Luciano Delgado
                         USDC - PR 206306
                         Attorney for Plaintiff
                         Arturo Luciano Law Offices
                         1055 J.F. Kennedy Ave. PH Suite
                         San Juan, Puerto Rico  00920-1711
                         Tels. 782-08206 & Fax. 783-9056
                         E-mail. LucianoLawOffice@aol.com

AO 440 (Rev.  8/01) Summons in a Civil Action

# United States District Court

DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA M. ALEMAN MARTINEZ<br><br>Plaintiff<br><br>vs.<br><br>PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, MR. EDUARDO BATHIA GAUTIER, HIS WIFE JANE DOE AND THEIR RESPECTIVE CONJUGAL, JORGE PACHON, HIS WIFE MARY JOE AND THEIR RESPECTIVE CONJUGAL AND ANA CARRION, HER HUSBAND JOHN DOE AND THEIR RESPECTIVE CONJUGAL PARTNERSHIP.<br><br>Defendants | SUMMONS IN A CIVIL CASE<br><br>CIVIL NO. 07-1205 |

TO: (Name and Address of Defendant)

   ANA CARRION, HER HUSBAND JOHN DOE AND THEIR RESPECTIVE CONJUGAL PARTNERSHIP.
   La Fortaleza, San Juan, Puerto Rico

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon:    Plaintiff's Attorney (name and address)

**ARTURO LUCIANO DELGADO**
**1055 J.F. Kennedy Ave. PH.2A,  San Juan, Puerto Rico 00920,**
**Tel. 782-0820 & Fax.  783-9056**
**E mail: LucianoLawOffice@aol.com**

an answer to the complaint which is herewith serve upon, within twenty (20) days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.   Any answer that your serve on the parties to this actions must be filed with the Clerk of this Office within a reasonable period of time after services.

_____        _____
CLERK                                                                DATE

_____
BY DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court
DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA M. ALEMAN MARTINEZ<br><br>Plaintiff<br><br>vs.<br><br>PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, MR. EDUARDO BATHIA GAUTIER, HIS WIFE JANE DOE AND THEIR RESPECTIVE CONJUGAL, JORGE PACHON, HIS WIFE MARY JOE AND THEIR RESPECTIVE CONJUGAL AND ANA CARRION, HER HUSBAND JOHN DOE AND THEIR RESPECTIVE CONJUGAL PARTNERSHIP.<br><br>Defendants | SUMMONS IN A CIVIL CASE<br><br>CIVIL NO. 07-1205 (JAF) |

TO: (Name and Address of Defendant)

JORGE PACHON, HIS WIFE MARY JOE AND THEIR RESPECTIVE CONJUGAL PARTNERSHIP
8383 Millwood Drive, Springfield, VA   22152

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon:   Plaintiff's Attorney (name and address)

**ARTURO LUCIANO DELGADO**
**1055 J.F. Kennedy Ave. PH.2A,  San Juan, Puerto Rico 00920,**
**Tel. 782-0820 & Fax.  783-9056**
E mail: **LucianoLawOffice@aol.com**

an answer to the complaint which is herewith serve upon, within twenty (20) days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that your serve on the parties to this actions must be filed with the Clerk of this Office within a reasonable period of time after services.


_____          _____
CLERK                                                                        DATE


_____
BY DEPUTY CLERK