AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court
### DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA M. ALEMAN MARTINEZ<br><br>Plaintiff<br><br>vs.<br><br>PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, MR. EDUARDO BATHIA GAUTIER, HIS WIFE JANE DOE AND THEIR RESPECTIVE CONJUGAL, JORGE PACHON, HIS WIFE MARY JOE AND THEIR RESPECTIVE CONJUGAL AND ANA CARRION, HER HUSBAND JOHN DOE AND THEIR RESPECTIVE CONJUGAL PARTNERSHIP.<br><br>Defendants | SUMMONS IN A CIVIL CASE<br><br>CIVIL NO. 07-1205 (JAF) |

TO: (Name and Address of Defendant)

> JORGE PACHON, HIS WIFE MARY JOE AND THEIR RESPECTIVE CONJUGAL PARTNERSHIP
> 8383 Millwood Drive, Springfield, VA   22152

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon:   Plaintiff's Attorney (name and address)

**ARTURO LUCIANO DELGADO**
1055 J.F. Kennedy Ave. PH.2A,  San Juan, Puerto Rico 00920,
Tel. 782-0820 & Fax. 783-9056
E mail: LucianoLawOffice@aol.com

an answer to the complaint which is herewith serve upon, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that your serve on the parties to this actions must be filed with the Clerk of this Office within a reasonable period of time after services.

FRANCES RIOS DE MORAN
CLERK OF COURT

NOV 1 6 2007

CLERK          DATE

JAVIER PEREZ
Deputy Clerk

BY DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court

DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA M. ALEMAN MARTINEZ<br><br>Plaintiff<br><br>vs.<br><br>PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, MR. EDUARDO BATHIA GAUTIER, HIS WIFE JANE DOE AND THEIR RESPECTIVE CONJUGAL, JORGE PACHON, HIS WIFE MARY JOE AND THEIR RESPECTIVE CONJUGAL AND ANA CARRION, HER HUSBAND JOHN DOE AND THEIR RESPECTIVE CONJUGAL PARTNERSHIP.<br><br>Defendants | SUMMONS IN A CIVIL CASE<br><br>CIVIL NO. 07-1205 |

TO: (Name and Address of Defendant)

ANA CARRION, HER HUSBAND JOHN DOE AND THEIR RESPECTIVE CONJUGAL PARTNERSHIP.
La Fortaleza, San Juan, Puerto Rico

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon:   Plaintiff's Attorney (name and address)

ARTURO LUCIANO DELGADO
1055 J.F. Kennedy Ave. PH.2A, San Juan, Puerto Rico 00920,
Tel. 782-0820 & Fax. 783-9056
E mail: LucianoLawOffice@aol.com

an answer to the complaint which is herewith serve upon, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that your serve on the parties to this actions must be filed with the Clerk of this Office within a reasonable period of time after services.

FRANCES RIOS DE MORAN
CLERK OF COURT

NOV 16 2007

CLERK JAVIER PEREZ
Deputy Clerk

BY DEPUTY CLERK                    DATE