AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA M. ALEMAN MARTINEZ<br><br>Plaintiff<br><br>vs.<br><br>PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, MR. EDUARDO BATHIA GAUTIER, HIS WIFE JANE DOE AND THEIR RESPECTIVE CONJUGAL, JORGE PACHON, HIS WIFE MARY JOE AND THEIR RESPECTIVE CONJUGAL AND ANA CARRION, HER HUSBAND JOHN DOE AND THEIR RESPECTIVE CONJUGAL PARTNERSHIP.<br><br>Defendants | SUMMONS IN A CIVIL CASE<br><br>CIVIL NO. 07-1205 (JAF) |

TO: (Name and Address of Defendant)

JORGE PACHON, HIS WIFE MARY JOE AND THEIR RESPECTIVE
CONJUGAL PARTNERSHIP
8383 Millwood Drive, Springfield, VA  22152

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon: Plaintiff's Attorney (name and address)

ARTURO LUCIANO DELGADO
1055 J.F. Kennedy Ave. PH.2A, San Juan, Puerto Rico 00920,
Tel. 782-0820 & Fax. 783-9056
E mail: LucianoLawOffice@aol.com

an answer to the complaint which is herewith serve upon, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that your serve on the parties to this actions must be filed with the Clerk of this Office within a reasonable period of time after services

FRANCES RIOS DE MORAN
CLERK OF COURT                                    DATE  NOV 1 6 2007

CLERK

BY DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE<br>11/20/07 @ 12:32 p.m. |
| NAME OF SERVER (PRINT)<br>Gary Dean | TITLE<br>Private Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Personally served Jorge Pachon at 1100 17th Street, N.W., Suite 800, Washington, D.C. 20036.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/20/07
             Date

Signature of Server

P.O. Box 18647, Washington, DC 20036
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.