UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA M. ALEMAN MARTINEZ<br><br>　Plaintiff<br><br>vs.<br><br>PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, et al<br><br>　Defendants | CIVIL CASE NO.  07-1205 (JAF)<br><br><br>DEMAND FOR JURY TRIAL |

**PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE OF PROCESS**

TO THE HONORABLE COURT:

　　Comes now the above captioned plaintiff, by and through the undersigned counsel and most respectfully states, alleges and prays:

　　1. On November 19th, 2007 Mr. Jose Burgos Antonetti, process server for plaintiff's counsel received a copy of the complaint and service of process papers to be personally served upon the person of Ms. Ana Carrion, a named co-defendant.

　　2. On Tuesday, November 20th the process server, as stated in the accompanying sworn statement, personnally appeared at the named co defendant's place of employment for the purpose of effectuating personal service of process upon the person of the named defendant. His efforts were not successful.

　　3. On Wednesday, November 21st, 2007, the process server again appeared at "La Fortaleza" for the purpose of executing the

aforestated action.  His attempts did not bear any successful results.

4.  On Monday, November 26th, 2007, Mr.  Burgos Antonetti re-appeared at the named co defendant's place of employment seeking to have her personally served with the documents of the action pending before the Court. After repeated attempts at seeking to serve co-defendant Ana Carrion, her assistant advised she was not there, she did not know the time at which she would return and did not know where Ms. Ana Carrion could be reached.

5.  From the facts elucidated above, it is clear that this defendant is deliberately absconding herself and adamantly refuses to be served with the copy of the complaint and summons issued by the Court.  All attempts and endeavours aimed at executing service upon her person have not met with any postive results.  In light of the preceding facts, counsel respectfully moves the Court for the immediate entry of an Order isntructing the Clerk of this Court to grant substituted service of process as particularly contemplated in the rules of practice and procedure of the Court.

7.  Pursuant to the directive articulated in local District Court Rule 4 (e) -1- of the rules of practice and procedure, service of process of the complaint and summons unless otherwise provided for by Federal law shall be effectuated in conformity with the prescribed rules or practice and procedure of the state whithin which the judicial district is located.  As applied to this case, Puerto Rico Rule 4.5 of Civil Procedure contemplates that where, as

here, the person to be served with a copy of the summons and complaint is within the jurisdiction of Puerto Rico but cannot be localized or absconds himself/herself for the purpose of avoiding service and by sworn statement those facts are particularly set forth with expression of the providences executed and it further appears that there is a claim for which a remedy has been requested against such person or that the named person is an appropriate party in the action, the Court may issue an Order directing that service of process be effectuated by edict.  The order shall provide that the publication be made one time in a newspaper of daily general circulation within Puerto Rico.  It shall also be included within the terms of the Court's Order that within the ensuing ten 10 days after the publishing of the edict, same shall be remitted to the defendant via certified mail, return receipt requested a copy of the summons and complaint on file, to his/her last known place of residence unless by sworn statement it is accredited that notwithstanding the particular endeavors carried out it has not been possible to locate any residence of the defendant.  In such case, the Court Shall excuse compliance with this disposition.  As relates to the present case, no known address or residence is known of co defendant Ana Carrion, only her place or situs of employment is known to the undersigned.  Hence, leave of Court is sought excusing compliance to co defendant Carrion's place of residence and that it be substituted with that of her situs or place of employment; that is "La Fortaleza", the

Governor's Mansion in Old San Juan, Puerto Rico.

WHEREFORE it is respectfully prayed of this Court that it grant counsel's request and, in furtherance thereof, an Order be entered forthwith providing for substituted service of process for the named co defendant, Ms. Ana Carrion and that once substituted service has been effectuated that copy of same as well as of the summons be remitted to her person at her place of employment.

Respectfully submitted.

In San Juan, Puerto Rico, this November 29, 2007.

I HEREBY CERTIFY that on even date, a true, correct and legible copy of the foregoing has been filed electronically with the Clerk of the Court via CM/ECF system which will send notification of such filing to the following attorneys: Iris Alicia Martinez-Juarbe   imartinez@justicia.gobierno.pr, vvicens@justicia.gobierno.pr; irismartinezjuarbe@hotmail.com

    s/ Arturo Luciano Delgado
    USDC - PR 206306
    Attorney for Plaintiff
    Arturo Luciano Law Offices
    1055 J.F. Kennedy Ave. PH Suite
    San Juan, Puerto Rico  00920-1711
    Tels. 782-08206 & Fax. 783-9056
    E-mail. LucianoLawOffice@aol.com

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA M. ALEMAN MARTINEZ<br><br>Plaintiff<br><br>vs.<br><br>PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, et al<br><br>Defendants | CIVIL CASE NO. 07-1205 (JAF)<br><br>DEMAND FOR JURY TRIAL |

Supporting Affidavit

I, the undersigned affiant, Jose A. Burgos Antonetty, of legal age, single, resident of Carolina, Puerto Rico, and process server by profession, under oath and being duly sworn declare as follows.

1. That my name and personal circumstances are as described above.

2. That on Monday, November 19th, 2007 I personally received from the Offices of plaintiff's counsel, Attorney Arturo Luciano Delgado a copy of the complaint and summons of the case intitled Rosa Aleman v. Puerto Rico Federal Affairs Administration, Et-Al for the purpose of effectuating service of process of the complaint and summons on file with the United States District Court for the District of Puerto Rico upon the person designated in paragraph three of this sworn statement.

3. That among the named party defendants is that of Ms. Ana Carrion, an employee of P.R.F.A.A. presently engaged in and working at "La Fortaleza" known as the Governor's Mansion at Old San Juan, Puerto Rico.

4. That on Tuesday November 20th, 2007 I personally appeared at 11:30 a.m. and spoke with Ms. Margarita Arroyo, assistant to Ms. Ana Carrion advising her I had some documents to personally deliver to the person of Ms Carrion and she informed me that she was at a meeting and did not know at what time she would be available to receive the documents. She requested I show her the documents and I exhibited them to her. Thereafter I remained there for some 2 two hours, until 2:00 approximately hoping she would accept the complaint and summons papers.

5. That the following day, on Wednesday, November 21st, 2007, I

again appeared at "La Fortaleza", in Old San Juan. At the time I appeared at "La Fortaleza", an agent of the Puerto Rico Police, Miguel Pagan Martinez, badge number 16752, received me and contacted Ms. Margarita Arroyo who advised that Ms. Ana Carrion would not be available until Monday, November 26th, 2007.

6. That on Monday, November 26th, 2007, I again personally appeared at "La Fortaleza" for the purpose of effectuating personal service of process of the complaint and summons upon the person of Ms. Ana Carrion. At the time of my appearance, I was attended by Ms. Ana Garcia, a receptionist at "La Fortaleza", she contacted Ms. Margarita Arroyo, co-defendant's assistant who, in turn indicated the Ms. Ana Carrion was not physically present, that she did not know at what time she would return or where she could be found. Again, Ms. Ana Carrion could not be personally served with copy of the complaint and summons that has been issued by the Clerk of the Court in this case.

8. That based on my repeated attempts at unsuccessfully seeking service of process of the complaint and summons on the person of Ms. Ana Carrion, it is clear that she is voluntarily and deliberately absconding herself from service.

9. That the above facts constitute the truth and nothing other than the truth of the matters asserted herein.

_____
Jose A. Burgos Antonetti

Affidavit No: 1068

Sworn and susbcribed before me, the subscribing Notary Public, by Mr. Jose A. Burgos Antonetty, of the personal circumstances described above and whom I have personally identified on even date herewith by his production and examination of his drivers licence as issued by the Commonwealth of Puerto Rico, Drivers license number 0441070.

_____
Notary Public

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA M. ALEMAN MARTINEZ<br><br>  Plaintiff<br><br>vs.<br><br>PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, et al<br><br>  Defendants | CIVIL CASE NO.  07-1205(JAF)<br><br>DEMAND FOR JURY TRIAL |

**ORDER FOR SERVICE OF SUMMONS BY PUBLICATION.**

   Upon motion of the plaintiff, and it appearing to the Court from said motion and from accompanying documentation, that defendant Ana Carrión cannot be located notwithstanding plaintiff having taken all pertinent necessary steps to ascertain defendant's whereabouts, and/or defendant is absconding to avoid service of process, and in order to serve notice of these proceedings to defendant pursuant to Rule 4(e) of the Federal Rules of Civil Procedure and Rule 4.5 of the Rules of Civil Procedure of the Commonwealth of Puerto Rico.  It is hereby ordered that this order be published once in a newspaper of general circulation in the Island of Puerto Rico, and that defendants appear, plead ofor otherwise answer the complaint filed herein not later than thirty (30) days after Publication of this Order; by serving the original of said plea or answer in the U..S District Court for the District of Puerto Rico, and serving a copy to counsel for plaintiff, and in default thereof, this Court will proceed to the hearing and adjudication of the above entitled cause.  It is further ordered that within ten (10) days following publication of the edict, a copy of the summons and of the complaint shall be addressed to the defendants, by certified mail, return receipt requested, to the place of their las known address.
   So Ordered at San Juan, Puerto Rico, this _____ day of December, 2007

                         S/Judge _____,
                         José A. Fusté
                         United States District Judge

```
              UNITED STATES DISTRICT COURT
                DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| ROSA M. ALEMAN MARTINEZ | CIVIL CASE NO. 07-1205(JAF) |
| Plaintiff | |
| vs. | DEMAND FOR JURY TRIAL |
| PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, et al | |
| Defendants | |

SUMMONS BY PUBLICATION

UNITED STATES OF AMERICA
THE PRESIDENT OF THE UNITED STATES
THE COMMONWEALTH OF PUERTO RICO

To:  ANA CARRION, HER HUSBAND JOHN DOE AND THEIR RESPECTIVE
     CONJUGAL PARTNERSHIP.
     La Fortaleza, San Juan, Puerto Rico

By these presents you the defendant are notified that the plaintiff has filed before this Court a civil action against you.

Whereas, upon motion by plaintiff, the Unites States District Court for the District of Puerto Rico has entered an order in the above cause , which reads as follows: Order for Service of Summons by Publication.  Upon motion of the plaintiff, and it appearing to the Court from said motion and from accompanying documentation, that defendant Ana Carrión cannot be located notwithstanding plaintiff having taken all pertinent necessary steps to ascertain defendant's whereabouts, and/or defendant is absconding to avoid service of process, and in order to serve notice of these proceedings to defendant pursuant to Rule 4(e) of the Federal Rules of Civil Procedure and Rule 4.5 of the Rules of Civil Procedure of the Commonwealth of Puerto Rico.  It is hereby ordered that this order be published once in a newspaper of general circulation in the Island of Puerto Rico, and that defendants appear, plead ofor otherwise answer the complaint filed herein not later than thirty

(30) days after Publication of this Order; by serving the original of said plea or answer in the U..S District Court for the District of Puerto Rico, and serving a copy to counsel for plaintiff, and in default thereof, this Court will proceed to the hearing and adjudication of the above entitled cause.  It is further ordered that within ten (10) days following publication of the edict, a copy of the summons and of the complaint shall be addressed to the defendants, by certified mail, return receipt requested, to the place of their las known address.  So Ordered at San Juan, Puerto Rico, this _____ day of December, 2007.  S/Judge _____, united States District Judge.

    Therefore, notice is hereby given to defendants, Ana Carrión, so that they may appear, answer, or otherwise plead to the complaint filed herein, not later than thirty (30) days after the publication of this Notice; and in case of failure to do so, judgment by default will be rendered for the relief demanded in the complaint, and the Court shall proceed to an adjudication without further notice.  Arturo Luciano Delgado, is the attorney for the plaintiff, which offices at Suite Ph-2-A, I.L.A., Office Building, 1055 J.F. Kennedy Ave, San Juan, P.R.  00920-1711, Telephone number (787) 782-0820 & Fax. number 787-783-9056.

    In Witnesses Whereof, I set may hand and seal in San Juan, Puerto Rico, this

                                  Frances Ríos de Morán
                                  Clerk
                                  United States District court for the
                                  District of Puerto Rico


                                  By: José A. Lebron Albino
                                        Deputy Clerk