UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA M. ALEMAN MARTINEZ<br><br>   Plaintiff<br><br>vs.<br><br>PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, et al<br><br>   Defendants | CIVIL CASE NO. 07-1205(JAF)<br><br>DEMAND FOR JURY TRIAL |

**ORDER FOR SERVICE OF SUMMONS BY PUBLICATION.**

   Upon motion of the plaintiff, and it appearing to the Court from said motion and from accompanying documentation, that defendant Ana Carrión cannot be located notwithstanding plaintiff having taken all pertinent necessary steps to ascertain defendant's whereabouts, and/or defendant is absconding to avoid service of process, and in order to serve notice of these proceedings to defendant pursuant to Rule 4(e) of the Federal Rules of Civil Procedure and Rule 4.5 of the Rules of Civil Procedure of the Commonwealth of Puerto Rico.  It is hereby ordered that this order be published once in a newspaper of general circulation in the Island of Puerto Rico, and that defendants appear, plead ofor otherwise answer the complaint filed herein not later than thirty (30) days after Publication of this Order; by serving the original of said plea or answer in the U..S District Court for the District of Puerto Rico, and serving a copy to counsel for plaintiff, and in default thereof, this Court will proceed to the hearing and adjudication of the above entitled cause.  It is further ordered that within ten (10) days following publication of the edict, a copy of the summons and of the complaint shall be addressed to the defendants, by certified mail, return receipt requested, to the place of their las known address.
   So Ordered at San Juan, Puerto Rico, this 7th day of December, 2007

                              S/José A. Fusté
                              José A. Fusté
                              United States District Judge