UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA M. ALEMAN MARTINEZ | CIVIL CASE NO. 07-1205(JAF) |
| Plaintiff | |
| vs. | DEMAND FOR JURY TRIAL |
| PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, et al | |
| Defendants | |

SUMMONS BY PUBLICATION

UNITED STATES OF AMERICA
THE PRESIDENT OF THE UNITED STATES
THE COMMONWEALTH OF PUERTO RICO

To: ANA CARRION, HER HUSBAND JOHN DOE AND THEIR RESPECTIVE
    CONJUGAL PARTNERSHIP.
    La Fortaleza, San Juan, Puerto Rico

By these presents you the defendant are notified that the plaintiff has filed before this Court a civil action against you.

Whereas, upon motion by plaintiff, the Unites States District Court for the District of Puerto Rico has entered an order in the above cause, which reads as follows: Order for Service of Summons by Publication. Upon motion of the plaintiff, and it appearing to the Court from said motion and from accompanying documentation, that defendant Ana Carrión cannot be located notwithstanding plaintiff having taken all pertinent necessary steps to ascertain defendant's whereabouts, and/or defendant is absconding to avoid service of process, and in order to serve notice of these proceedings to defendant pursuant to Rule 4(e) of the Federal Rules of Civil Procedure and Rule 4.5 of the Rules of Civil Procedure of the Commonwealth of Puerto Rico. It is hereby ordered that this order be published once in a newspaper of general circulation in the Island of Puerto Rico, and that defendants appear, plead ofor otherwise answer the complaint filed herein not later than thirty

(30) days after Publication of this Order; by serving the original of said plea or answer in the U..S District Court for the District of Puerto Rico, and serving a copy to counsel for plaintiff, and in default thereof, this Court will proceed to the hearing and adjudication of the above entitled cause. It is further ordered that within ten (10) days following publication of the edict, a copy of the summons and of the complaint shall be addressed to the defendants, by certified mail, return receipt requested, to the place of their las known address. So Ordered at San Juan, Puerto Rico, this 7th day of December, 2007. S/Judge Jose A. Fuste, united States District Judge.

Therefore, notice is hereby given to defendants, Ana Carrión, so that they may appear, answer, or otherwise plead to the complaint filed herein, not later than thirty (30) days after the publication of this Notice; and in case of failure to do so, judgment by default will be rendered for the relief demanded in the complaint, and the Court shall proceed to an adjudication without further notice. Arturo Luciano Delgado, is the attorney for the plaintiff, which offices at Suite Ph-2-A, I.L.A., Office Building, 1055 J.F. Kennedy Ave, San Juan, P.R. 00920-1711, Telephone number (787) 782-0820 & Fax. number 787-783-9056.

In Witnesses Whereof, I set may hand and seal in San Juan, Puerto Rico, this 7th day of December, 2007

Frances Ríos de Morán
Clerk
United States District court for the District of Puerto Rico

s/Jose A. Lebron-Albino
By: José A. Lebron Albino
     Deputy Clerk