IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA M. ALEMÁN MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, ET AL.,<br><br>Defendants. | CIVIL NO. 07-1205 (JAF) |

## MOTION FOR JOINDER

**TO THE HONORABLE COURT:**

    **COME NOW** codefendants Jorge Pachón, in his personal and official capacity as Chief Financial Officer of the Puerto Rico Federal Affairs Administration ("PRFAA"), and the conjugal partnership formed by him and his wife, without submitting to this Court's jurisdiction and for purposes of this motion only, through the undersigned attorney, and respectfully aver and pray as follows:

    1.    In this case, codefendants PRFAA, Eduardo Bhatia Gautier, and the conjugal partnership formed by him and his wife, filed a Motion to Transfer Venue, Docket No. 8, and a Motion to Stay Proceedings Pending Resolution of Defendant's Motion to Transfer Venue, Docket No. 9, supported on several legal grounds.

    2.    The appearing codefendants reviewed said Motion to Transfer Venue, Docket No. 8, and a Motion to Stay Proceedings Pending Resolution of Defendant's Motion to Transfer Venue, Docket No. 9, and wish to join and adopt the legal arguments set therein.

2

3. Therefore, it is very respectfully requested that this Honorable Court grant the Motion to Transfer Venue, Docket No. 8, and a Motion to Stay Proceedings Pending Resolution of Defendant's Motion to Transfer Venue, Docket No. 9, also on behalf of appearing codefendants.

**WHEREFORE,** codefendants Jorge Pachón and the conjugal partnership formed by him and his wife very respectfully request that this Honorable Court allow them to join the Motion to Transfer Venue, Docket No. 8, and a Motion to Stay Proceedings Pending Resolution of Defendant's Motion to Transfer Venue, Docket No. 9, and grant said Motions also on behalf of Jorge Pachón and the conjugal partnership formed by him and his wife.

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system, which will send a notification of such filing to the following: Arturo Luciano Delgado, Esq., 1055 J.F. Kennedy Ave., PH. 2A, San Juan, Puerto Rico, 00920.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico on this 10th day of December, 2007.

**ROBERTO SÁNCHEZ RAMOS**
Secretary of Justice

**VIVIAN GONZÁLEZ MÉNDEZ**
Deputy Secretary of Justice
In Charge of Litigation

**VANESA VICÉNS SÁNCHEZ**
U.S.D.C. No. 217807
Director of Legal Affairs
General Litigation Office, Unit I
vvicéns@justicia.gobierno.pr

S/ Iris Martínez Juarbe
**IRIS MARTÍNEZ JUARBE**
U.S.D.C. No. 216505
General Litigation Office, Unit I
Department of Justice
P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2202
Fax (787) 725-2475
imartinez@justicia.gobierno.pr