IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. RODRÍGUEZ VÁZQUEZ,<br><br>Plaintiff<br><br>v.<br><br>HON. ANÍBAL ACEVEDO VILÁ, et al.,<br><br>Defendants. | CIVIL NO. 07-1654 (ADC) |

**NOTICE OF APPEARANCE OF NEW DESIGNATED LEAD COUNSEL AND REQUEST FOR WITHDRAWAL OF PREVIOUS LEAD COUNSEL**

**TO THE HONORABLE COURT:**

**COME NOW** the undersigned attorneys, and respectfully allege and pray as follows:

1. The undersigned attorney Maria Judith Surillo has been designated by the Department of Justice to substitute, as lead counsel, attorney Iris Martínez-Juarbe, due to her recent designation as Director of Legal Affairs of the Office of General Litigation, Unit 1.

2. Therefore, appearing counsels, file this Joint Motion as a Notice of Appearance of attorney Maria Judith Surillo, as new lead counsel from now on in all matters in the instant case and as a request for withdrawal of previous lead counsel attorney Iris A. Martínez Juarbe.

WHEREFORE, it is respectfully requested that this Honorable Court takes notice of attorney Maria Judith Surillo as new lead counsel and grants the withdrawal of attorney Iris A. Martínez Juarbe as lead counsel.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on January 23, 2008.

**ROBERTO SÁNCHEZ RAMOS**
Secretary of Justice

**VIVIAN GONZÁLEZ MÉNDEZ**
Deputy Secretary
General Litigation Office

**S/IRIS ALICIA MARTÍNEZ JUARBE**
IRIS ALICIA MARTINEZ JUARBE
USDC No. 216505
Director General Litigation Office
Unit 1
Email: imartinez@justicia.gobierno.pr

**S/MARIA JUDITH SURILLO**
MARIA JUDITH SURILLO
USDC No. 213714
Department of Justice
General Litigation Office
Unit 1
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Phone: 787-721-2900 Ext. 2202
Fax: 787-725-2475
Email: masurillo@justicia.gobierno.pr