UNITED STATES DISTRICT COURT
                      DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA M. ALEMAN MARTINEZ<br><br>  Plaintiff<br><br>vs.<br><br>PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, et al<br><br>  Defendants | CIVIL CASE NO. 07-1205 (JAF)<br><br><br>DEMAND FOR JURY TRIAL |

**MOTION SUBMITTING EVIDENCE AND REQUESTING DEFAULT JUDGMENT**

TO THE HONORABLE COURT:

   Comes now the above captioned plaintiff, by and through the undersigned counsel and most respectfully states, alleges and prays:

1. Defendants Ana Carrión, her husband and their respective conjugal partnership were properly served by publication in the instant case. Further, copy of the summons and the complaint were notified to said defendants by certified mail. (See Attachment A).

2. Hereby, plaintiff is submitting a certification issued by El Vocero newspaper regarding the service by publication. (See Attachment B).

3. Defendants have not filed any answer or pleading despite having elapsed the term of period provided by the local rules of civil procedure. Therefore, plaintiff requests the entry

of a default judgment against the aforementioned codefendants.

WHEREFORE it is respectfully prayed of this Court it grant this motion.

I HEREBY CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

Respectfully submitted.

In San Juan, Puerto Rico, this February 11, 2008.

s/ *Arturo Luciano Delgado*
ARTURO LUCIANO DELGADO
USDC - PR 206306
Attorney for Plaintiff
Arturo Luciano Law Offices
1055 J.F. Kennedy Ave. PH Suite
San Juan, Puerto Rico  00920-1711
Tels. 782-08206 & Fax. 783-9056
E-mail. LucianoLawOffice@aol.com

ATTACHMENT A

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA M. ALEMAN MARTINEZ<br><br>Plaintiff<br><br>vs.<br><br>PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, et al<br><br>Defendants | CIVIL CASE NO. 07-1205 (JAF)<br><br>DEMAND FOR JURY TRIAL |

SWORN STATEMENT

I, Rosaura Diaz Martinez, S.S.N. "0630", of legal age, secretary and resident of Bayamón, Puerto Rico, under oath declare:

1. My name and personal circumstances are those above mentioned.

2. On December 21, 2007 defendant Ana Carrión, her husband and their respective conjugal partnership were served by publication in the instant case. The sworn statement issued by the newspaper El Vocero was filed in the instant case.

3. A copy of the summons and the complaint filed in the instant case were notified to the defendants by certified mail within ten (10) days following the service by publication to their last known address. (See Attachment).

4. Hereby, I attest that the aforementioned certified letter was mailed by me personally on December 27, 2007 following attorney Arturo Luciano-Delgado's instructions.

5. The aforementioned statements are true and nothing but the true to the best of my knowledge and recollection.

In San Juan, Puerto Rico, on this February 6, 2008.

Rosaura Diaz Martinez

Affidavit No. 1085

Sworn and subscribed before me the undersigned public notary by Rosaura Diaz Martinez, whom I have identified by means of drivers license number 1892267 issued by the Commonwealth of Puerto Rico.

En San Juan, Puerto Rico, this February 6, 2008.

Notary Public



**EL VOCERO DE PUERTO RICO**

ATTACHMENT B

ROSA M. ALEMAN MARTINEZ

VS    PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION, ET AL.

07-1205 (JAF) SUMMONS BY PUBLICATION

I, Dolores Barreiro Prieto, Director of the Classifieds Department of EL VOCERO newspaper, published in San Juan, Puerto Rico, having been duly sworn, swear:

That in the edition(s) corresponding to the following date(s):

DECEMBER 21, 2007

legal notices were published, expedited by:

JOSE A. LEBRON-ALBINO, DEPUTY CLERK, UNITED STATE DISTRICT COURT, DISTRICT OF P.R.

In the above mentioned case, copy of which is attached to this affidavit, and which forms part of the same.

San Juan, Puerto Rico, as of _DEC 31 2007_

Dolores Barreiro Prieto

Affidavit No. _80406_ of the Register

Sworn to and testified before by Dolores Barreiro-Prieto, Director of Classifieds Department, of legal age, married, employed by EL VOCERO, Inc., resident of this city, and who is personally known to me.

San Juan, Puerto Rico, as of _DEC 31 2007_

Notary Public

PO BOX 9067515 SAN JUAN P.R. 00906-7515 Tel. (787) 724-1485 Fax (787) 725-7484