CLOSED

# United States District Court
## District of Puerto Rico (San Juan)
## CIVIL DOCKET FOR CASE #: 3:07–cv–01205–JAF

Aleman–Martinez v. Puerto Rico Federal Affairs Administration et al

Assigned to: Chief Judge Jose A Fuste

Demand: $5,000,000

Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 03/12/2007

Date Terminated: 02/28/2008

Jury Demand: Plaintiff

Nature of Suit: 442 Civil Rights: Jobs

Jurisdiction: Federal Question

**Plaintiff**

**Rosa M. Aleman–Martinez**                     represented by     **Arturo Luciano–Delgado**
Arturo Luciano Law Office
1055 JF Kennedy Ave. PH–B,
San Juan, PR 00920–1711
787–782–0820
Fax: 787–783–9056
Email: lucianolawoffice@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Puerto Rico Federal Affairs Administration**      represented by     **Iris Alicia Martinez–Juarbe**
Department of Justice
Commonwealth of Puerto Rico
P.O. Box 9020192
San Juan, PR 00902–0192
787–721–2900 ext. 2202
Fax: 787–725–2475
Email: imartinez@justicia.gobierno.pr
*TERMINATED: 01/30/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria Judith Surillo**
Department of Justice
P.O. Box 9020192
San Juan, PR 00902–0192
787–721–8010
Fax: 787–723–9188
Email: masurillo@justicia.gobierno.pr
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eduardo Bathia–Gautier**                      represented by     **Iris Alicia Martinez–Juarbe**
(See above for address)
*TERMINATED: 01/30/2008*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria Judith Surillo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jane Doe**                                    represented by   **Iris Alicia Martinez–Juarbe**
(See above for address)
*TERMINATED: 01/30/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Conjugal Partnership Bathia–Doe**            represented by   **Iris Alicia Martinez–Juarbe**
(See above for address)
*TERMINATED: 01/30/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria Judith Surillo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jorge Pachon**                               represented by   **Iris Alicia Martinez–Juarbe**
(See above for address)
*TERMINATED: 01/30/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria Judith Surillo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mary Joe**                                   represented by   **Iris Alicia Martinez–Juarbe**
(See above for address)
*TERMINATED: 01/30/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Conjugal Partnership Pachon–Joe**            represented by   **Iris Alicia Martinez–Juarbe**
(See above for address)
*TERMINATED: 01/30/2008*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Ana Carrion**                                      represented by    **Iris Alicia Martinez–Juarbe**
(See above for address)
*TERMINATED: 01/30/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria Judith Surillo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Doe**                                        represented by    **Iris Alicia Martinez–Juarbe**
(See above for address)
*TERMINATED: 01/30/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Conjugal Partnership Doe–Carrion**                represented by    **Iris Alicia Martinez–Juarbe**
(See above for address)
*TERMINATED: 01/30/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria Judith Surillo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/12/2007 | " 1 | COMPLAINT against all defendants (Filing fee $ 350.), filed by Rosa M. Aleman–Martinez. (Attachments: # 1 # 2 # 3 # 4 # 5)(Luciano–Delgado, Arturo) . (Entered: 03/13/2007) |
| 04/26/2007 | " 2 | AMENDED COMPLAINT against all defendants, filed by Rosa M. Aleman–Martinez. Service due by 8/24/2007,(Luciano–Delgado, Arturo) (Entered: 04/26/2007) |
| 05/10/2007 | " 3 | Summons Issued as to Conjugal Partnership Pachon–Joe, Ana Carrion, John Doe, Conjugal Partnership Doe–Carrion, Puerto Rico Federal Affairs Administration, Eduardo Bathia–Gautier, Jane Doe, Conjugal Partnership Bathia–Doe, Jorge Pachon, Mary JoeService due by 9/7/2007. (jms, ) (Entered: 05/11/2007) |
| 06/06/2007 | " 4 | SUMMONS Returned Executed by Rosa M. Aleman–Martinez upon Puerto Rico Federal Affairs Administration served on 5/22/2007, answer due 6/11/2007. (Luciano–Delgado, Arturo) (Entered: 06/06/2007) |
| 06/06/2007 | " 5 | SUMMONS Returned Executed by Rosa M. Aleman–Martinez upon Eduardo Bathia–Gautier served on 5/22/2007, answer due 6/11/2007. (Luciano–Delgado, Arturo) |

| | | |
|---|---|---|
| | | (Entered: 06/06/2007) |
| 06/19/2007 | <u>" 6</u> | MOTION for Extension of Time until August 13, 2007 to File Answer *or Otherwise Plead* re:<u> 2</u> Amended Complaint filed by Rosa M. Aleman–Martinez, filed byIris Alicia Martinez–Juarbe on behalf of Puerto Rico Federal Affairs Administration, Eduardo Bathia–Gautier, Conjugal Partnership Bathia–Doe Suggestions in opposition/response due by 7/2/2007 (Related document(s)<u> 2</u> ) (Martinez–Juarbe, Iris) (Entered: 06/19/2007) |
| 06/25/2007 | <u>" 7</u> | ORDER granting <u>6</u> Motion for Extension of Time to Answer, but only until July 18, 2007. **Answer deadline due by 7/18/2007** . Signed by Judge Jose A Fuste on 6/21/07. (mrj, ) (Entered: 06/25/2007) |
| 07/06/2007 | <u>" 8</u> | MOTION to transfer case filed byIris Alicia Martinez–Juarbe on behalf of Puerto Rico Federal Affairs Administration, Eduardo Bathia–Gautier, Conjugal Partnership Bathia–Doe (Martinez–Juarbe, Iris) (Entered: 07/06/2007) |
| 07/06/2007 | <u>" 9</u> | MOTION to Stay *Proceedings Pending Resolution of Motion to Transfer Venue* re:<u> 8</u> MOTION to transfer case filed by Puerto Rico Federal Affairs Administration,, Eduardo Bathia–Gautier,, Conjugal Partnership Bathia–Doe, filed byIris Alicia Martinez–Juarbe on behalf of Puerto Rico Federal Affairs Administration, Eduardo Bathia–Gautier, Conjugal Partnership Bathia–Doe Suggestions in opposition/response due by 7/19/2007 (Related document(s)<u> 8</u> ) (Martinez–Juarbe, Iris) (Entered: 07/06/2007) |
| 07/16/2007 | <u>" 10</u> | MOTION for extension of time until August 15, 2007 to file Response re:<u> 8</u> Motion to Transfer Case filed byArturo Luciano–Delgado on behalf of Rosa M. Aleman–Martinez Suggestions in opposition/response due by 7/30/2007 (Luciano–Delgado, Arturo) Modified on 7/17/2007 to create link (jms, ). (Entered: 07/16/2007) |
| 07/20/2007 | <u>" 11</u> | ORDER granting <u>10</u> Motion for extension of time. **Response to Motion Deadline due by 8/15/2007** . Signed by Judge Jose A Fuste on 7/20/07. (mrj, ) (Entered: 07/20/2007) |
| 08/09/2007 | <u>" 12</u> | ORDER re <u>11</u> Order on Motion for extension of time. Plaintiff shall also address <u>9</u> Defendants' request for stay of proceedings in her response. **Response to Motion Deadline due by 8/15/07** . Signed by Judge Jose A Fuste on 8/9/05. (mrj, ) (Entered: 08/09/2007) |
| 08/15/2007 | <u>" 13</u> | MOTION for Extension of Time until August 17, 2007 to File Response re <u>8</u> Motion to Transfer filed by Arturo Luciano–Delgado on behalf of Rosa M. Aleman–Martinez. Suggestions in opposition/response due by 8/28/2007 (Luciano–Delgado, Arturo) Modified on 8/16/2007 to create link (jms, ). (Entered: 08/15/2007) |
| 08/16/2007 | <u>" 14</u> | ORDER granting <u>13</u> Motion for Extension of Time to File Response. **Response due by 8/17/2007 (final extension)** . Signed by Judge Jose A Fuste on 8/16/07. (mrj, ) (Entered: 08/16/2007) |
| 08/17/2007 | <u>" 15</u> | RESPONSE in Opposition to Motion *to Transfer Venue* filed by Rosa M. Aleman–Martinez Re:<u> 9</u> MOTION to Stay *Proceedings Pending Resolution of Motion to Transfer Venue* re:<u> 8</u> MOTION to transfer case filed by Puerto Rico Federal Affairs Administration,, Eduardo Bathia–Gautier,, Conjugal Partnership Bathia–Doe, filed by Puerto Rico Federal Affairs Administration,, Eduardo Bathia–Gautier,, Conjugal Partnership Bathia–Doe, (Luciano–Delgado, Arturo) (Entered: 08/17/2007) |
| 08/23/2007 | <u>" 16</u> | MOTION for extension of time for Service of Process filed by Arturo Luciano–Delgado on behalf of Rosa M. Aleman–Martinez Suggestions in opposition/response due by |

| | | |
|---|---|---|
| | | 9/5/2007 (Luciano–Delgado, Arturo) Modified on 8/24/2007 to add text (jms, ). (Entered: 08/23/2007) |
| 09/18/2007 | " 17 | MOTION to Dismiss/Lack of Jurisdiction *Pursuant to Fed. R. Civ. P. 4(m)* as to Conjugal Partnership Pachon–Joe, Ana Carrion, John Doe, Conjugal Partnership Doe–Carrion, Jane Doe, Jorge Pachon, Mary Joe filed byIris Alicia Martinez–Juarbe on behalf of Conjugal Partnership Pachon–Joe, Ana Carrion, John Doe, Conjugal Partnership Doe–Carrion, Jane Doe, Jorge Pachon, Mary Joe Suggestions in opposition/response due by 10/1/2007 (Martinez–Juarbe, Iris) (Entered: 09/18/2007) |
| 09/24/2007 | " 18 | ORDER granting 16 Motion for extension of time to serve process. **Service of Process Deadline due by 9/28/2007** . Signed by Judge Jose A Fuste on 9/21/07. (mrj, ) (Entered: 09/24/2007) |
| 10/02/2007 | " 19 | MOTION to Dismiss/Lack of Jurisdiction as to Conjugal Partnership Pachon–Joe, Ana Carrion, John Doe, Conjugal Partnership Doe–Carrion, Jane Doe, Jorge Pachon, Mary Joe filed byIris Alicia Martinez–Juarbe on behalf of Conjugal Partnership Pachon–Joe, Ana Carrion, John Doe, Conjugal Partnership Doe–Carrion, Jane Doe, Jorge Pachon, Mary Joe Suggestions in opposition/response due by 10/15/2007 (Martinez–Juarbe, Iris) (Entered: 10/02/2007) |
| 10/02/2007 | " 20 | MOTION for extension of time filed byArturo Luciano–Delgado on behalf of Rosa M. Aleman–Martinez Suggestions in opposition/response due by 10/15/2007 (Luciano–Delgado, Arturo) (Entered: 10/02/2007) |
| 10/03/2007 | " 21 | OBJECTION *to Dismissal/Lack of Jurisdiction* filed by Rosa M. Aleman–Martinez Re: 17 MOTION to Dismiss/Lack of Jurisdiction *Pursuant to Fed. R. Civ. P. 4(m)* as to Conjugal Partnership Pachon–Joe, Ana Carrion, John Doe, Conjugal Partnership Doe–Carrion, Jane Doe, Jorge Pachon, Mary Joe filed by John Doe,, Mary Joe,, Jane Doe,, Jorge Pachon,, Conjugal Partnership Pachon–Joe,, Ana Carrion,, Conjugal Partnership Doe–Carrion, (Luciano–Delgado, Arturo) (Entered: 10/03/2007) |
| 10/03/2007 | " 22 | MOTION to Amend/Correct *Motion for Enlargement of Time to Re–Effectuate Service of Process* Re: 20 MOTION for extension of time filed by Rosa M. Aleman–Martinez, filed byArturo Luciano–Delgado on behalf of Rosa M. Aleman–Martinez Suggestions in opposition/response due by 10/16/2007 (Attachments: # 1 Exhibit Summons (Ana Carrion)# 2 Exhibit Summons (Jorge Pachon))(Related document(s) 20 ) (Luciano–Delgado, Arturo) (Entered: 10/03/2007) |
| 10/26/2007 | " 23 | ORDER granting 20 Motion for extension of time; noted 22 Motion to Amend/Correct. The Clerk shall issue the corresponding Summons FORTHWITH. Plaintiff is granted until November 30, 2007, to effectuate service. **Service of Process Deadline due by 11/30/2007 (final extension)** . Signed by Judge Jose A Fuste on 10/26/07. (mrj) (Entered: 10/26/2007) |
| 10/31/2007 | " 24 | Summons Issued as to Conjugal Partnership Pachon–Joe, Jorge Pachon, Mary JoeService due by 3/2/2008. (al) (Entered: 10/31/2007) |
| 11/16/2007 | " 25 | MOTION for Issuance of Summons as to Ana Carrion, Jorge Pachon filed byArturo Luciano–Delgado on behalf of Rosa M. Aleman–Martinez (Attachments: # 1 Summons Ana Carrion# 2 Summons Jorge Pachon)(Luciano–Delgado, Arturo) (Entered: 11/16/2007) |
| 11/16/2007 | " 26 | Summons Issued as to Conjugal Partnership Pachon–Joe, Ana Carrion, John Doe, Conjugal Partnership Doe–Carrion, Jorge Pachon, Mary Joe, number of copies 4 Service due by 3/18/2008. (jap) (Entered: 11/16/2007) |

| 11/26/2007 | " 27 | SUMMONS Returned Executed by Rosa M. Aleman−Martinez upon Jorge Pachon served on 11/20/2007, answer due 12/10/2007. (Luciano−Delgado, Arturo) (Entered: 11/26/2007) |
| 11/29/2007 | " 28 | ORDER finding as moot 25 Motion for Issuance of Summons. Signed by Judge Jose A Fuste on 11/29/07. (ft) (Entered: 11/29/2007) |
| 11/29/2007 | " 29 | MOTION for Service by Publication as to Ana Carrion filed byArturo Luciano−Delgado on behalf of Rosa M. Aleman−Martinez (Attachments: # 1 Exhibit Supporting Affidavit# 2 Text of Proposed Order Order# 3 Text of Proposed Order Summons by Publication)(Luciano−Delgado, Arturo) (Entered: 11/29/2007) |
| 12/07/2007 | " 30 | ORDER granting 29 Motion for Service by Publication. Signed by Judge Jose A Fuste on 12/7/07. (ft) (Entered: 12/07/2007) |
| 12/07/2007 | " 31 | Summons by Publication Issued as to Ana Carrion, John Doe, Conjugal Partnership Doe−Carrion, number of copies 1 Service due by 4/8/2008. (jap) Modified on 12/12/2007 to add docket text. (ft). (Entered: 12/07/2007) |
| 12/10/2007 | " 32 | MOTION for Joinder Re: 8 MOTION to transfer case filed by Conjugal Partnership Bathia−Doe, Eduardo Bathia−Gautier, Puerto Rico Federal Affairs Administration, 9 MOTION to Stay *Proceedings Pending Resolution of Motion to Transfer Venue* re: 8 MOTION to transfer case filed by Puerto Rico Federal Affairs Administration,, Eduardo Bathia−Gautier,, Conjugal Partnership Bathia−Doe, MOTION to Stay *Proceedings Pending Resolution of Motion to Transfer Venue* re: 8 MOTION to transfer case filed by Puerto Rico Federal Affairs Administration,, Eduardo Bathia−Gautier,, Conjugal Partnership Bathia−Doe, filed by Conjugal Partnership Bathia−Doe, Eduardo Bathia−Gautier, Puerto Rico Federal Affairs Administration filed byIris Alicia Martinez−Juarbe on behalf of Conjugal Partnership Pachon−Joe, Jorge Pachon (Related document(s) 8 , 9 ) (Martinez−Juarbe, Iris) (Entered: 12/10/2007) |
| 12/13/2007 | " 33 | ORDER granting 32 Motion for Joinder. Movants allowed to join motions pending . Signed by Judge Jose A Fuste on 12/13/07. (mrj) (Entered: 12/13/2007) |
| 01/23/2008 | " 34 | ***FILED IN ERROR−WRONG PDF ATTACHED−TO BE RE−FILED*** NOTICE of Appearance *and request for withdrawal* by Maria Judith Surillo on behalf of Puerto Rico Federal Affairs Administration, Eduardo Bathia−Gautier, Conjugal Partnership Bathia−Doe (Surillo, Maria) Modified on 1/29/2008 (ft). (Entered: 01/23/2008) |
| 01/23/2008 | " | NOTICE of Docket Text Modification by Deputy Clerk re: 34 Notice of Appearance. **FILED IN ERROR −WRONG PDF ATTACHED−TO BE RE−FILED AS A MOTION TO SUBSTITUTE ATTY.*** (ft) (Entered: 01/29/2008) |
| 01/30/2008 | " 35 | MOTION to Substitute *attorney Iris Martnez Juarbe with* Attorney Maria Judith Surillo filed byMaria Judith Surillo on behalf of Puerto Rico Federal Affairs Administration, Eduardo Bathia−Gautier, Jorge Pachon (Surillo, Maria) (Entered: 01/30/2008) |
| 01/30/2008 | " 36 | ORDER granting 35 Motion to Substitute Attorney. Attorney Maria Judith Surillo allowed to appear and attorney Iris A. Martinez Juarbe allowed to withdraw . Signed by Chief Judge Jose A Fuste on 1/30/08. (mrj) (Entered: 01/30/2008) |
| 01/31/2008 | " 37 | ORDER finding as moot 17 Motion to Dismiss for Lack of Jurisdiction; finding as moot 19 Motion to Dismiss for Lack of Jurisdiction . Signed by Chief Judge Jose A Fuste on 1/31/08. (mrj) (Entered: 01/31/2008) |
| 02/11/2008 | " 38 | MOTION for Default Judgment *(and Submitting Evidence)* as to *(and Submitting Evidence)* Ana Carrion, Conjugal Partnership Doe−Carrion filed byArturo |

| | | |
|---|---|---|
| | | Luciano–Delgado on behalf of Rosa M. Aleman–Martinez Suggestions in opposition/response due by 2/27/2008 (Attachments: #_1_ Exhibit A, #_2_ Exhibit B)(Luciano–Delgado, Arturo) (Entered: 02/11/2008) |
| 02/20/2008 | "_39_ | MOTION for Joinder Re: _8_ MOTION to transfer case filed by Conjugal Partnership Bathia–Doe, Eduardo Bathia–Gautier, Puerto Rico Federal Affairs Administration, _9_ MOTION to Stay *Proceedings Pending Resolution of Motion to Transfer Venue* filed by Maria Judith Surillo on behalf of Ana Carrion, Conjugal Partnership Doe–Carrion (Related document(s) _8_ , _9_ ) (Surillo, Maria) Modified on 2/22/2008 to edit docket text. (ft). (Entered: 02/20/2008) |
| 02/21/2008 | "_40_ | ORDER granting _39_ Motion for Joinder. Movants allowed to join motions pending. (Signed by Chief Judge Jose A Fuste on 2/21/08.) (mrj) (Entered: 02/21/2008) |
| 02/21/2008 | "_41_ | ORDER finding as moot _38_ Motion for Default Judgment. (Signed by Chief Judge Jose A Fuste on 2/21/08.) (mrj) (Entered: 02/21/2008) |
| 02/28/2008 | "_42_ | OPINION AND ORDER granting _8_ Motion to transfer case, pursuant to 28 U.S.C. § 1406(a). The Clerk of the Court is directed to transfer this action to the United States District Court for the District of Columbia. (Signed by Chief Judge Jose A Fuste on 2/28/08.) (mrj) Modified on 2/29/2008 to correct title. (ft). (Entered: 02/28/2008) |
| 02/28/2008 | "_43_ | ORDER denying _9_ Motion to Stay as moot. (Signed by Chief Judge Jose A Fuste on 2/28/08.) (mrj) (Entered: 02/28/2008) |